David Pangborn #AW7484
Z-D-140-L (STRH)
CSP-SAC
100 Prison Road
Represso, CA, 95671

**FILED**

OCT 12 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____

# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| David Pangborn, Plaintiff, v. A. Gorrell, Et, Al., Defendants | CASE # 2:21-CV-0631-CKD P NOTICE OF SUBMISSION OF CONFIDENTIAL SETTLEMENT STATEMENT |

Plaintiff files this notice per Local Rule § 270(d). I hereby notice this court that I am and have submitted a confidential settlement state to the court and hereby am following the courts rules and order dated 8-20-21, which I have now done.

Dated: 10-6-21

Respectfully Submitted,

David Pangborn #AW7484
Plaintiff (Pro-Se).

1 of 1

# PROOF OF SERVICE

(C.C.P. §§1013(a); 2015.5; 28 U.S.C. §1746)

I, David Pangborn, am over the age of eighteen (18) years, and I (am) (am not) a party to the within cause of action. My address is:

2-D-140-L(sTRH)
CSP-SAC
100 Prison Road
Represa, CA, 95671

On, 10-6-21, I served the following documents:

Notice of Submission of Confidential Settlement Conference

on the below named individual(s) by depositing true and correct copies thereof in the United State mail in Represa, California, with postage fully prepaid thereon, addressed as follows:

1. United States District Court
Office of the Clerk, U.S. District Court
Eastern District of California 501 1st, STE 4-200
Sacramento, CA, 95814-2322

2. 

I have read the above statements and declare under the penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Executed this 6th day of October, 2021, at California State Prison - Sacramento, Represa, California.

(Signature) _____
David Pangborn #AW7484
Plaintiff (Pro-Se)