UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JAMES PANGBORN,<br><br>Plaintiff,<br><br>v.<br><br>A GORRELL, et al.,<br><br>Defendants. | No. 2:21-cv-0631 CKD P<br><br><br><br>ORDER |

On November 10, 2021, this action was dismissed pursuant to a settlement agreement. On January 5, 2022, plaintiff filed a document concerning the $750 payment he is to receive as a term of the settlement agreement. Good cause appearing, IT IS HEREBY ORDERED that defendants shall file a response to the concerns raised by plaintiff in his January 5, 2022 filing within 21 days. In particular, defendants should indicate whether plaintiff has been paid and whether the money paid has been or will be used to reduce restitution owed by plaintiff.

Dated: January 7, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
pang0631.res