**FILED**

1  David Pangborn #AW2484

2  A-2-105-2
   CSP-SAC
3  100 Prison Road
   Repressa, CA, 95671

FEB 0 4 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

4

5      IN THE UNITED STATES DISTRICT COURT FOR

6      THE EASTERN DISTRICT OF CALIFORNIA

7            CIVIL DIVISION

8

9  David Pangborn,        | CASE# 2:21-CV-00631-CDK   CKD

10       Plaintiff,       | REBUTTAL RESPONSE TO ~~~~~~

11     vs.                | DEFENDANT'S MOTION.

12  Gorrell Et,Al.,       )

13     Defendants.        )

14

15  Plaintiff is not prematurly addressing his concerns about the

16  payment. As the (CDCR) office of the Ombudsmen's is the

17  avenue to Administration as it is there job title & description

18  to be a liasion between inmates & Administration. Plaintiff tried

19  to contact Administration who refused to respond. So Plaintiff

20  Filed a grievence which was rejected stating the issue was

21  resolved in the courts. So I used the Ombudsman as is required.

22  The ombudsmen contacted Administration who told them the check

23  was issued & that I owed more than $750.00 in restitution so the

24  settlement went to pay it. Yet I contacted the Trust office on that

25  issue who stated & provided documentation that Plaintiff doesn't

26  owe any Restitution, Obligations, Holds, or Encumbrences. All of

27  which is in the Courts possession as an Exhibit. So Plaintiff

28  is not premature in reggurd's to this issue at all. Due to there

                    1 of 2

1  Conflicting Stories coming from Administration, Ombudsman,
2  Trust office, & now James Mathison. So therefore Plaintiff
3  requests that the court issue an order to Defendants to issue
4  the Payment & provide the court with proof of payment &
5  a list of any & all funds taken for payment towards any alleged
6  obligations, since (CDCR) Trust Accounting is stating I owe nothing
7  that Defendants show cause for any deductions taken. Because
8  Plaintiff has no recourse except thru the court. Plaintiff has
9  shown proof already to the court that something is going on that
10 is not correct and outside the agreed settlement. Defendants response
11 doesn't address the court's order to show what is to be taken as
12 any deductions. And they say its still being processed yet
13 the Defendants Administration is stating they took the money I used
14 its to pay restitution the Plaintiff doesn't even owe. So the court
15 is needed to ensure the settlement is fulfilled.

16
17 Dated: 2-1-22                          Respectfully Submitted,
18
19                                        David Pangborn #AW7484
20                                        Plaintiff